IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) CHAPTER 13 |
| YVONNE ROBINSON | ) |
| | ) CASE NO. 10-01415 |
| | ) |
| DEBTOR | ) JUDGE WEDOFF |
| | ) |

AMENDED NOTICE OF MOTION

**The following parties have been served via electronic mail:**
U.S. Trustee: USTPRegion11.ES.ECF@usdoj.gov
Marilyn Marshall, Ch. 13 Trustee: courtdocs@chi13.com
**The following party(s) have been served via regular mail:**
Yvonne Robinson, 1501 East 84th Street, Chicago, IL 60619

I shall appear before the following named Bankruptcy Judge, or any other Bankruptcy Judge presiding in his stead, at 219 S. Dearborn Street, Chicago, Illinois, and in the following courtroom (or any other room posted), and present the attached motion, at which time and place you may appear.

    JUDGE: Wedoff
     ROOM: 744
     DATE: April 22, 2010
     TIME: 10:00 AM

PROOF OF SERVICE

The undersigned does hereby certify that copies of this Notice and attachments were served to the above persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, with proper postage prepaid, or served electronically by the Bankruptcy Court, before 5:00 p.m. on April 21, 2010.

                              Signature: /S/ DAVID M. SIEGEL

Under All Penalties Pursuant to Sec.
1-109 of Ill. Code of Civ. Proc.

DAVID M. SIEGEL
Attorney for the Debtor(s)
790 CHADDICK DRIVE
WHEELING, IL 60090
(847) 520-8100

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: YVONNE ROBINSON   )
   )   Case No. 10-01415 (MARSHALL)
Debtor(s),   )   Hearing Date:

Judge   Honorable E. R. Wedoff

**AMENDED ATTORNEY'S APPLICATION FOR COMPENSATION FOR REPRESENTING CHAPTER 13 DEBTOR(S)**
(Use for cases filed on or after 5/1/07)

The undersigned attorney seeks compensation pursuant to 11 U.S.C. §330(a)(4)(B) for representing the interests of the debtor(s) in this case.

**Use of Model Retention Agreement:**
[X] The attorney and the debtor(s) have entered into the Court's Model Retention Agreement.
[ ] The attorney and the debtor(s) have not entered into the Court's Model Retention Agreement.

**Dismissal of prior case**
[X] A Chapter 13 case of the debtor or debtor's spouse was dismissed within one year of this case filing.

**Fees in prior case(s):** [ ] The attorney has not represented the debtor(s) in any prior bankruptcy case.
[X] The attorney has represented the debtor(s) in prior bankruptcy cases as follows:
Case no. __09-47093__ Chapter _13_ Plan confirmed? [ ] Yes [X] No   Fees paid $ _0.00_
Case no. _____ Chapter ___ Plan confirmed? [ ] Yes [ ] No   Fees paid $ _____
Case no. _____ Chapter ___ Plan confirmed? [ ] Yes [ ] No   Fees paid $ _____

**Fees sought in present case:**
[ ] $_____, for services through plan confirmation.
[X] $ 3,500.00, for services through case closing.
[ ] $_____, for services after plan confirmation.

**Expense reimbursement:**   [X]   $ 274.00, for filing fee.
[ ] $_____, for expenses **itemized on the attached sheet**.
Total reimbursement requested: $ 274.00.

**Payment received directly from debtor:** [ ] None   [X] $ 650.00.

**Compensation previously awarded in this case:**   [X] None
[ ] a total of $_____, pursuant to order(s) entered on the following dates: _____.

**Plan payments:**   $ 325   for   36   months.

**Secured debt:** [ ] None   [X] home mortgage(s) in default   [X] motor vehicle loans
[ ] Other: _____.

**Unsecured debt:**   _____ No. of claims: __10__   Total amount: $24,658.00
To be paid under plan ___10%___

**Professional time expended:**   __7.5__ attorney hours;   __3.0__ paraprofessional hours.

**Itemization of time:**   [X] Not Submitted   [ ] Attached to this application.

**Hourly rates:** $ 250.00 attorney; $ 50.00 paraprofessional.

**Date of Application:** 4/21/10   Attorney's signature: /s/ David M. Siegel

Name, Firm name, address, phone #
Form No. 23, revised 05/01/07
David M. Siegel, A.R.D.C.# 06207611
David M. Siegel & Associates   847-520-8100
790 Chaddick Drive, Wheeling, IL 60090

(Official Form 9I) (Chapter 13 Case) (12/07)                                                                Case Number **10-01415**

# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines
The debtor(s) listed below filed a chapter 13 bankruptcy case on January 15, 2010.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Yvonne Robinson
1501 E. 84th Street
Chicago, IL 60619

| | |
|---|---|
| Case Number: 10-01415<br>Office Code: 1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other<br>XXX-XX-4546 |
| Attorney for Debtor(s) (name and address):<br>David M Siegel<br>David M. Siegel & Associates<br>790 Chaddick Drive<br>Wheeling, IL 60090<br>Telephone number: 847 520-8100 | Bankruptcy Trustee (name and address):<br>Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604<br>Telephone number: 312-431-1300 |

## Meeting of Creditors:
Date: **February 9, 2010**                                Time: **02:30 PM**
Location: **224 South Michigan, Suite 800, Chicago, IL 60604**
**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Proof of Claim:
For all creditors (except a governmental unit): **May 10, 2010**     For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002(c)(1)): **July 14, 2010**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Filing of Plan, Hearing on Confirmation of Plan and Attorney Fees
The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation and to consider a request by debtor's counsel for payment of legal fees will be held:
Date: **March 4, 2010**, Time: **10:30 AM**, Location: **219 South Dearborn, Courtroom 744, Chicago, IL 60604**

**The Disclosure of Compensation has been filed and the debtor's attorney is requesting fees of $ 3500.00**
If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan.

### Deadline to File a Complaint to Determine Dischargeability of Certain Debts: April 12, 2010

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| Address of the Bankruptcy Clerk's Office:<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number: 1-888-232-6814 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Kenneth S. Gardner |
|---|---|
| Hours Open: Monday - Friday 9:00 AM - 4:30 PM | Date: January 19, 2010 |